## HUFF et al. v. SIMPSON.

### No. 13640.

Court of Civil Appeals of Texas. Fort Worth.

Dec. 10, 1937.

## BORDER et al. v. ABELL, County Atty.

### No. 10693.

Court of Civil Appeals of Texas. Galveston.

Dec. 2, 1937.

Eddie Roark and Earl E. Hurt, both of Dallas, for plaintiffs in error.

James D. O'Connor, of Dallas, for defendant in error.

BROWN, Justice.

Appellants' brief fails utterly to comply with any rule established by the Supreme Court of Texas or with the statutes of the state.

We gather from the document filed and called a "brief" that the only error relied upon is that the trial court erred in failing to sustain the general demurrer urged against appellee's petition.

No order appears in the record disclosing that such demurrer was ever presented or acted upon. But we hold that the petition is good against a general demurrer.

This case was tried to a jury. Its verdict appears in the record. The verdict sustains the judgment. There is no statement of facts.

We find no fundamental error, and the judgment of the trial court is affirmed.